IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No.: ELH 19-0115 |
| **GARY HORTON** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court, having considered the Defendant's Motion for Continuance and good cause having been shown, *and there being no objection raised at the telephone conference held 3/8/21,* it is this __8th__ day of March 2021, HEREBY ORDERED, that the motion is GRANTED. The existing scheduling order shall be rescinded and replaced as follows:

1) A motions hearing shall be held on July 9, 2021 beginning at 10:00 a.m.;

2) A pretrial conference shall be held on July 22, 2021 at 4:30 p.m.;

3) A two-week jury trial shall commence on August 2, 2021.

4) Joint proposed voir dire, jury instructions, and verdict sheet are due by 6/18/21.

5) ECF 172 is incorporated, where relevant.

_Ellen L. Hollander_
ELLEN L. HOLLANDER
United States District Court Judge