# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No.: ELH 19-0115 |
| | | RDB 11-0547 (VOSR) |
| **GARY HORTON** | * | |

* * * * * * * * * * * *

## MOTION FOR REVIEW OF DETENTION ORDER

The Defendant, Gary Horton, by and through counsel, Julie M. Reamy, respectfully moves this Honorable Court for review of the existing detention order entered by Magistrate Judge Deborah Boardman and states the following in support of his request:

1. Mr. Horton is charged under indictment number ELH 19-0115 with Conspiracy to Distribute and Possess with Intent to Controlled Substances in violation of 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute in violation of 21 U.S.C. § 841(a)(1), Possession of a Firearm in Furtherance of a Drug Trafficking crime in violation of 21 U.S.C. § 924(c), and Possession of a Firearm by a Prohibited Person in violation of 18 U.S.C. § 922(g).

2. Mr. Horton is also charged in RDB 11-0547 with a violation of supervised release.

3. Mr. Horton was arrested on or about March 21, 2019 and had an initial appearance in ELH 19-0115 and RDB 11-0547 (VOSR) the same day. Mr. Horton consented to detention in both cases.

4. On October 16, 2020, a detention hearing was held, and Judge Deborah Boardman ordered Mr. Horton detained after determining (a) that the Government enjoyed

a presumption in favor of detention and (b) that Mr. Horton had failed to overcome that presumption. See ECF No. 179 (Order of Detention).

5. On February 18, 2021 Mr. Horton filed a motion for reconsideration of the detention order with Judge Boardman, asserting that the conditions at the Chesapeake Detention Facility and his health condition have deteriorated to the extent that a change in circumstances exists and that reconsideration of his detention status is warranted. Judge Boardman denied Mr. Horton's motion for reconsideration on March 2, 2021 (ECF No. 214).

4. Mr. Horton explains the nature of the change in circumstances in a contemporaneously filed supplemental memorandum submitted under seal.

WHEREFORE the Defendant respectfully requests that this Court review the existing detention order and grant him the relief requested therein.

Respectfully submitted,

_____/s/_____
Julie M. Reamy

Julie M. Reamy, Attorney At Law, LLC
One South Street, Suite 2125
Baltimore, Maryland 21202
Office: (410) 605-0000
Fax: (410) 697-4006
Email: juliereamy@gmail.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March 2021, a copy of the foregoing *Motion for Reconsideration of Detention Order* was filed electronically in the United States District Court for the District of Maryland, was served electronically through the Clerk of the United States District Court using CM/ECF, upon counsel of record for the Government.

_____/s/_____
Julie M. Reamy