IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY HORTON,<br><br>**Defendant.** | CRIMINAL NO. ELH-19-0115<br>RDB-11-0547 |

**RESPONSE TO DEFENDANT'S**
**REVIEW OF DETENTION ORDER AND FOR TEMPORARY RELEASE**

On March 12, 2021, the Defendant filed his motion for Review of Detention order [ECF 233 and 236] asking for this Court to review the Magistrate Judge's decision on detention. This motion is similar in content to the Defendant's recent motion filed under seal on February 18, 2021 to the Magistrate Court to Reconsider the Order of Detention [ECF 214, Denied at ECF 225]. The Government previously responded in Opposition to the Reconsideration Motion on March 2, 2021 [ECF 222]. Because the issues are substantively similar, the Government respectfully requests that the Court incorporate the Government's response and consider the arguments raised by the Government in ECF 222 as it considers the Defendant's present motion for review. The Government will provide any additional briefing promptly if requested by the Court.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

/s/
Jeffrey M. Hann
Special Assistant United States Attorney

1