IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No.:  ELH 19-0115 |
| | | RDB 11-0547 (VOSR) |
| **GARY HORTON** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION MODIFY CONDITIONS OF RELEASE

The Defendant, Gary Horton, by undersigned counsel, hereby files this Consent Motion to Modify Conditions of Release, and states the following in support thereof:

1. On March 12, 2019, Mr. Horton was charged by way of indictment with conspiracy to distribute and possess with intent to distribute controlled substances in violation of 21 U.S.C. §846, possession with intent to distribute controlled substances in violation of 21 U.S.C. §841, firearms offenses in violation of 18 U.S.C. 922(g) and 924(c), and maintaining a drug premises in violation of 21 U.S.C. 856(a)(1).

2. Mr. Horton had an initial appearance on March 21, 2019 and consented to detention.

3. On April 8, 2021, Mr. Horton was released from detention on a temporary basis with standard release conditions and the following special conditions: that he submit to the custody of an approved third-party custodian, submit to home confinement enforced by 24-hour electronic home monitoring, and absent and additional order of the Court, surrender himself to the United States Marshal on or before June 7, 2021.

4. The Court has expressed a willingness to consider removing the June 7, 2021 surrender condition upon a showing of Mr. Horton's compliance with his conditions of release.

5. Since Mr. Horton's release, he has maintained compliance with all release conditions and has acted to schedule necessary medical appointments, which are ongoing. Mr. Horton has been referred by his primary care doctor to two separate specialists and is scheduled to have those respective appointments on June 9, 2021 and July 14, 2021.

6. Mr. Horton is supervised by U.S. Pre-trial Supervision Agent, Kenneth Langston, relative to case number ELH 19-0115. He is supervised by U.S. Probation Agent, Chastity Whiteside, with regard to case number RDB 11-0547 (VOSR). Counsel's understanding is that Ms. Whiteside and Mr. Langston were each initially opposed to Mr. Horton's release from detention and their positions have not changed, however, each has confirmed that Mr. Horton has maintained compliance with all conditions of release up to this point.

7. Since Mr. Horton has maintained compliance with all release conditions in each of the above captioned cases, he respectfully requests that the Court remove the condition that he surrender to the U.S. Marshal on June 7, 2021. In other words, Mr. Horton is requesting that the Court convert his release from a temporary nature to a more ordinary form of pretrial release through the end of trial, which is scheduled to begin on August 2, 2021.

8. Special Assistant United States Attorney, Jeffrey Hann, has no objection to this request.

WHEREFORE, the Defendant respectfully requests that this Court grant his request and modify the conditions of his release.

Respectfully submitted,

_____/s/_____
Julie M. Reamy
JULIE M. REAMY | Attorney At Law, LLC
115 W. Saratoga Street
Baltimore, Maryland 21201
Telephone: (410) 605-0000
Fax: (410) 697-4006
Email: juliereamy@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of June 2021, a PDF version of this Motion was filed electronically via ECF with the Clerk of the United States District Court for the District of Maryland and thereby served upon Special Assistant U.S. Attorney, Jeffrey Hann.

_____/s/_____
Julie M. Reamy

Attorney for Gary Horton