IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No.: ELH 19-0115 |
| | | RDB 11-0547 (VOSR) |
| | * | |
| **GARY HORTON** | | |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO PLACE DOCUMENTS UNDER SEAL**

The Defendant, Gary Horton, through counsel, Julie M. Reamy, respectfully moves for and order of this Court sealing his Motion for Modification of Release Conditions and states:

1. The Defendant has submitted a Motion for Modification of Release Conditions, which contains personal and confidential health information that should be shielded from public view.

2. A copy of the document has been provided to the Government.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant his request to place the above referenced document under seal. The Defendant also requests any further relief that justice may require.

                                                        Respectfully submitted,
                                                        _____/s/_____
                                                        Julie M. Reamy
                                                        JULIE M. REAMY | Attorney At Law, LLC
                                                        115 W. Saratoga Street
                                                        Baltimore, Maryland 21201
                                                        Telephone: (410) 605-0000
                                                        Fax: (410) 697-4006
                                                        Email: juliereamy@gmail.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 18th day of June 2021, a copy of the foregoing Motion to Seal was filed electronically in the United States District Court for the District of Maryland and separately served via email upon Assistant United States Attorney, Jeff Hann.

                                                                           _____/s/_____
                                                                              Julie M. Reamy