**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

July 8, 2021

LETTER TO COUNSEL

    Re:    *United States of America v. Gary Horton*
            Criminal No.:  ELH-19-0115

Dear Counsel:

    This will confirm the substance of our discussions during the lengthy telephone conference held on July 8, 2021.

    As discussed, the Court will proceed with the motions hearing scheduled for July 9, 2021. However, with respect to the defense motion at ECF 112, the Court expressed concern as to the adequacy of the government's response. Therefore, I have asked the government to submit a supplemental response in opposition, due by the close of business on July 13, 2021. If the defendant wishes to reply, he must do so by the close of business on July 16, 2021. And, as to that motion, the Court will hold a motion hearing on July 23, 2021, beginning at 11:00 a.m.

    The pretrial conference, previously scheduled for July 22, 2021, will be held, instead, following the motion hearing on July 23, 2021.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                                  Sincerely,

                                                  /s/
                                                Ellen Lipton Hollander
                                                United States District Judge