IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,
   *Plaintiff*,

v.

GARY HORTON
   *Defendant.*

Criminal No. ELH-19-0115

**ORDER**

On July 9, 2021, the Court held a hearing on multiple defense motions, at which oral argument was presented. For the reasons stated in open court, the Court made the following rulings.

1. ECF 111 ("Motion To Suppress Evidence Obtained By Pen Register/Trap And Trace Device") is DENIED;

2. ECF 112 ("Motion To Suppress Evidence Obtained From Search And Seizure Warrant For 103 W. Conway Street") is DENIED, in part. In particular, the Court denies the challenge to the sufficiency of probable cause and to the legality of the "no-knock" entry. But, the Court defers ruling as to the defendant's contention that Baltimore County Circuit Court Judge Dennis Robinson lacked authority to issue a search warrant for the property, because it is located in Baltimore City. That issue will be addressed at the motion hearing scheduled for July 23, 2021;

3. ECF 113 ("Motion To Suppress Evidence Obtained By Electronic Surveillance And Interception By Wire Lines A, B, C, D And Any Extention [sic] and Subsequent Taps") is DENIED;

4. ECF 115 ("Motion To Suppress Evidence Obtained Concerning Location Information And GPS/Ping"), as supplemented by ECF 120, is DENIED; and

5. ECF 165 ("Motion To Suppress Telecommunication And Location Information Evidence Relating to 443-943-5127") is DENIED, as moot.

So ORDERED, this 9th day of July, 2021.

                                                      /s/
                                        Ellen L. Hollander
                                        United States District Judge